FLORIA A. JAMESON and MABEL WILE, *et vir.*, v.
WILLIAM L. JAMESON.

163 So. 468.
Opinion Filed October 3, 1935.
Supplemental Order Filed October 12, 1935.

*Buie & Hippler,* for Appellants;
*Thomas H. Cooley,* for Appellee.

PER CURIAM.—The appeal in this case brings for review a final decree of divorce granted on an amended bill of complaint, answer and testimony taken.

The grounds alleged for divorce were in general terms; willful, obstinate and continued desertion of the complainant by defendant for a period of more than one year prior to the institution of suit.

We have carefully considered the evidence in the case and find no substantial evidence to support the decree.

Therefore, same should be reversed and it is so ordered.

Reversed.

WHITFIELD, C. J., and TERRELL, BUFORD and DAVIS, J. J., concur.

SUPPLEMENTAL ORDER.

PER CURIAM.—It having come to our attention that notice of *lis pendens* was filed upon the institution of this suit

in the court below describing certain lands in Orange County and certain other lands in Lake County and which notice of *lis pendens* has been filed in the office of the Clerk of the Circuit Court in each county, and it further appearing that the disposition of the case here by the Order made herein on October 3, 1935, requires the court below to enter an Order dismissing the bill of complaint.

IT IS NOW ORDERED AND ADJUDGED that upon the bill of complaint being dismissed in the court below the notices of *lis pendens* above referred to shall stand canceled and be of no force or effect.

So ordered.

WHITFIELD, C. J., and TERRELL, BUFORD, and DAVIS, J. J., concur.